JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY HAN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC, a Delaware Limited Liability Company; EXPERIAN INFORMATION SOLUTION, INC., an Ohio corporation; EQUIFAX INFORMATION SERVICES, LLC., a Georgia Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-03336 AB-(GJS)<br><br>Assigned to Hon. Andre Birotte, Jr.<br>Complaint Filed: May 16, 2016<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Jenny Han has announced to the Court that all matters in controversy against Experian Information Solutions, Inc. have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Jenny Han against Defendant Experian Information Solutions, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

Dated:   March 10, 2017

_____
Hon. André Birotte Jr.
United States District Judge